United States District Court
Northern District of Illinois
Eastern Division

United States of America            WARRANT FOR ARREST

v.

Louie Gonzalez            Case Number: 04 CR 521

To:    The United States Marshal
       And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Louis Gonzalez** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with:    **For apparent violations of supervised release per order dated 1/20/09.**

Laura Springer, Issuing Officer
s/ Deputy Clerk
Signature of Issuing Officer         January 22, 2009      Chicago, Illinois

Bail fixed at $

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest | | |